**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHERRY L. BRISON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | )  Case No.: 1:12-cv-01102 - JLT<br>)<br>)  ORDER GRANTING EXTENSION OF TIME<br>)<br>)  (Doc. 15)<br>)<br>)<br>)<br>)<br>) |

　　　On February 15, 2013, the parties filed a stipulation for Plaintiff to have an extension of time to file an opening brief. (Doc. 15). The Scheduling Order allows a single thirty-day extension by the stipulation of parties (Doc. 7 at 4), and this is the first extension requested by the parties.

　　　Accordingly, **IT IS HEREBY ORDERED**:

　　　1.　　Plaintiff's request for an extension of time is **GRANTED**.

　　　2.　　Plaintiff **SHALL** file an opening brief on or before **March 18, 2013**.

IT IS SO ORDERED.

Dated:　**February 20, 2013**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE